JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, | Case No.: SACV 11-54-JLT(MLGx) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| URIBE TRUCKING, INC. dba ALEX MOVING AND STORAGE, | |
| Defendant. | |

    Based upon the Stipulation for Dismissal and accompanying Settlement Agreement filed by the parties, and good cause appearing, the court hereby ORDERS that the action be, and hereby is, dismissed, and that the Court shall retain jurisdiction until full performance of the settlement agreement.

Dated: November 6, 2013

_____
Josephine L. Staton
United States District Judge

- 1 -

ORDER OF DISMISSAL